UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIOLA BRUMFIELD, | No. CV 14-07681-SJO (VBK) |
| Plaintiff, | ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) Defendants Motion to Dismiss is granted; and this action is dismissed without prejudice for lack of subject matter jurisdiction.

//

//

//

1  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

*S. James Otero*

DATED: January 21, 2015.    S. JAMES OTERO
                            UNITED STATES DISTRICT JUDGE