JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIOLA BRUMFIELD, | ) No. CV 14-07681-SJO (VBK) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint without prejudice for lack of subject matter jurisdiction.

DATED: January 21, 2015.

_S. James Otero_
S. JAMES OTERO
SENIOR UNITED STATES DISTRICT JUDGE